Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Jose Maximiliano Montecinos, et al.,**<br><br>Defendants. | **CASE NO. 3:09-cv-02604-JSW**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** (~~Proposed~~) |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the further Case Management Conference in this action, presently set for Friday, September 25, 2009 at 1:30 p.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff still has not perfected service of process as to the Defendants named to this action.

As a result, Plaintiff's counsel has not conferred with the Defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** (~~Proposed~~)
**CASE NO. 3:09-cv-02604-JSW**
**PAGE 1**

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, September 25, 2009 to a new date approximately thirty (30) to forty-five (45) days forward in order that responsive pleadings may be filed by the remaining Defendants and Plaintiff's counsel may thereafter confer with the Defendants and/or their counsel and thereafter prepare and file a Joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: September 17, 2009

*/s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:09-cv-02604-JSW
PAGE 2**

## ORDER (~~Proposed~~)

It is hereby ordered that the Case Management Conference in civil action number 3:09-cv-02604-JSW styled *J & J Productions, Inc. v. Jose Maximiliano Montecinos, et al.*, is hereby continued from 1:30 p.m., Friday, September 25, 2009,

to __November 6, 2009 at 1:30 p.m._____ _____,_____.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:__ September 21, 2009 ___

_____
**THE HONORABLE JEFFREY S. WHITE**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 3:09-cv-02604-JSW**
**PAGE 3**