IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

JOSE MAXIMILIANO MONTECINOS, et al.,

    Defendants.

No. C 09-02604 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation regarding the motion for default judgment filed by Plaintiff J and J Sports Productions, Inc. ("Plaintiff"). In her Report and Recommendation, Magistrate Judge Laporte recommends that this Court grant the motion and award Plaintiff $5,000.00 in statutory damages and $10,000.00 in enhanced statutory damages based on Defendants' violation of 47 U.S.C. § 605 and $3,750.00 in damages for conversion. There have been no objections filed thereto. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for default judgment against Defendants Jose Maximiliano Montecinos and Maria Alicia Montecinos is GRANTED. Plaintiff is awarded $18,750.00. A separate judgment shall issue, and the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: January 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE