IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                                             No. C 09-02604 JSW

  v.

JOSE MAXIMILIANO MONTECINOS, et al.,     **JUDGMENT**

    Defendants.

        Pursuant to this Court's Order adopting Magistrate Judge Laporte's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendants in the amount of $18,750.

        **IT IS SO ORDERED AND ADJUDGED.**

Dated: January 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE