United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                        No. C 09-02604 JSW

  v.

JOSE MAXIMILIANO MONTECINOS, et al.,    **JUDGMENT**

      Defendants.

_____/

      Pursuant to this Court's Order adopting Magistrate Judge Laporte's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendants in the amount of $18,750.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: January 11, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE