IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

JOSE MAXIMILIANO MONTECINOS, et al.,

    Defendants.

                                           /

No. C 09-02604 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to Northern District Civil Local Rule 72-1, Plaintiff's *ex parte* application for entry of order filed on January 20, 2010 in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. Plaintiff shall serve a copy of this Order on the Defendants. If the parties do not hear from the Court regarding an assignment to a Magistrate Judge within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE