**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 09-02604 JSW |
| v. | |
| JOSE MAXIMILIANO MONTECINOS, et al., | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |
| Defendants. | |
| _____/ | |

Pursuant to Northern District Civil Local Rule 72-1, Plaintiff's *ex parte* application for entry of order filed on January 20, 2010 in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. Plaintiff shall serve a copy of this Order on the Defendants. If the parties do not hear from the Court regarding an assignment to a Magistrate Judge within fourteen days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE